# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MURRAY SHADBOLT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BERNZOMATIC, NEWELL RUBBERMAID, INC., and DOES 1 to 10,<br><br>　　　　Defendants. | **CASE NO.: 2:13-CV-01298-MCE**<br><br>Judge: Morrison C. England, Jr.<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON: (1) MOTION FOR RECONSIDERATION AND TO VACATE DISMISSAL AND CHANGE VENUE, AND (2) MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**CURRENT DATE: OCTOBER 31, 2013**<br>**TIME: 2:00 PM**<br>**COURTROOM: 7**<br><br>**REQUESTED DATE: NOVEMBER 14, 2013**<br>**TIME: 2:00 PM**<br>**COURTROOM: 7** |

## **ORDER**

Pursuant to the stipulation of the parties, the hearings on plaintiff's Motion for Reconsideration [Doc. 17] and plaintiff's Motion to Amend the Complaint [Doc. 18] (the "Motions") are continued from October 31, 2013 to November 14, 2013 at 2:00 pm.

IT IS SO ORDERED.

Dated:  October 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT